THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, v JOHN L. NUHIBIAN, Appellant.—Case held, decision reserved and matter remitted to Jefferson County Court for further proceedings in accordance with same Per Curiam opinion as in *People v Mitchell* (189 AD2d 337 [decided herewith]). Present —DENMAN, P. J., GREEN, BALIO, FALLON and BOEHM, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON WILLIAMS, Appellant.—Case held, decision reserved and matter remitted to Supreme Court for further proceedings in accordance with same Per Curiam opinion as in *People v Mitchell* (189 AD2d 337 [decided herewith]). Present—CALLAHAN, J. P., GREEN, BALIO, LAWTON and DOERR, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOCK BALLARD, Appellant.—Case held, decision reserved and matter remitted to Onondaga County Court for further proceedings in accordance with same Per Curiam opinion as in *People v Mitchell* (189 AD2d 337 [decided herewith]). Present— CALLAHAN, J. P., BALIO, DOERR, BOOMER and BOEHM, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HOWARD, Appellant.— Case held, decision reserved and matter remitted to Monroe County Court for further proceedings in accordance with same Per Curiam opinion as in *People v Mitchell* (189 AD2d 337 [decided herewith]). Present—DENMAN, P. J., PINE, LAWTON, DOERR and DAVIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE VARGAS, JR., Appellant.—Case held, decision reserved and matter remitted to Supreme Court for further proceedings in accordance with same Per Curiam opinion as in *People v Mitchell* (189 AD2d 337 [decided herewith]). Present—DENMAN, P. J., GREEN, BALIO, LAWTON and DAVIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELBERT FOSTER, Appellant.—Case held, decision reserved and matter remitted to Wayne County Court for further proceedings in accordance with same Per Curiam opinion as in *People v Mitchell* (189 AD2d 337 [decided herewith]). Present—CALLAHAN, J. P., PINE, FALLON, DOERR and BOEHM, JJ.